# United States District Court

__EASTERN__ DISTRICT OF __TENNESSEE__

**UNITED STATES OF AMERICA**
    Plaintiff

V.

**NOTICE**

Case Number: **2:98-CR-23(4)**

**DAVID CROSS**
    Defendant

TYPE OF CASE:     [ ] **CIVIL**     [X] **CRIMINAL**

[ ] TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | 400 |
|  | DATE AND TIME |
|  |  |

TYPE OF PROCEEDING

**REVOCATION HEARING**
before the Honorable J. Ronnie Greer, U.S. District Judge

[X] TAKE NOTICE That a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| U.S. District Court<br>220 West Depot Street<br>Greeneville, TN 37743 | Monday, 7/11/2005,<br>@ 9:00 a.m. | Monday, 7/18/2005,<br>@ 9:00 a.m. |

Patricia L. McNutt, Clerk

June 15, 2005      s/ Connie S. Lamb
DATE      (BY) DEPUTY CLERK

To:    Dan R. Smith, AUSA
        James T. Bowman, Esq.