UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | No. 2:98-CR-23 |
|  | ) |  |
| DAVID CROSS | ) |  |

### EX PARTE MOTION FOR ISSUANCE OF SUBPOENA

Pursuant to Rule 17(b), Defendant David Cross, hereby moves the Court to order that a subpoena be issued for the following individual compelling her attendance at the supervised release revocation hearing on Monday, August 22, 2005, at 1:30 p.m.

> Andrea (Andie) Dixon
> CCS
> 124 Austin Street, Suite 1
> Greeneville, TN 37745
> (423) 639-7777

In support of this motion, Mr. Cross would show the Court that he is unable to pay the witness fees in this case as he has been previously adjudged indigent by the Court and that the presence of this witness is necessary to the presentation of an adequate defense.

Wherefore, defendant moves the court to issue an order under seal granting this motion and requiring the issuance and service of the requested subpoena by a representative of the Federal Defender Services of Eastern Tennessee.

RESPECTFULLY SUBMITTED:

FEDERAL DEFENDER SERVICES OF EASTERN TENNESSEE, INC.

BY: ___*Tim Moore*___
Tim S. Moore
BOPR No. 011071
Federal Defender Services
129 West Depot Street, Suite 1
Greeneville, TN 37743
(423) 636-1301