UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 05-6750

Filed: February 22, 2007

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DAVID CROSS

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 1/22/2007, the mandate for this case hereby issues today.

A True Copy.

COSTS:    Attest:

_____
Deputy Clerk

98-00023

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MARY PATTERSON
(513) 564-7033
(FAX) 564-7094
www.ca6.uscourts.gov

Filed: February 22, 2007

Patricia L. McNutt
Eastern District of Tennessee at Greeneville
220 W. Depot Street
Suite 200
Greeneville, TN 37743

RE: 05-6750
USA vs. Cross
District Court No. 98-00023

Dear Ms. McNutt:

Enclosed is a copy of the mandate filed in this case.
The certified record will be returned to you under separate cover.

Very truly yours,
Leonard Green, Clerk

Mary Patterson
Case Manager

cc:
Honorable J. Ronnie Greer
Ms. Nancy Stallard Harr
Mr. Tim S. Moore
Mr. David Cross